

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2023

No. 04-22-00673-CV

Robert **STRICKER**,
Appellant

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
MORGAN STANLEY ABS CAPTIAL I INC. TRUST 2006-HE8 MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2006-HE8**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 2022CV01903
Honorable Melissa Vara, Judge Presiding

**ORDER**

The trial court's judgment of possession is VACATED and the case is DISMISSED. *See* TEX. R. APP. P. 42.3. It is ORDERED that no costs are assessed because appellant is indigent. *See* TEX. R. APP. P. 20.1.

It is so **ORDERED** on March 22, 2023.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of March, 2023.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court